UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH R. TOMELLERI,<br>    Plaintiff, | )<br>)<br>)  No. 2:19-cv-246 |
| -v- | )<br>)  HONORABLE PAUL L. MALONEY |
| MASSEY FISH CO.,<br>    Defendant. | )<br>)<br>) |

## JUDGMENT

The Court hereby enters judgment in favor of Plaintiff and against Defendant as follows:

| | |
|---|---:|
| Principal | $150,000.00 |
| Post-filing prejudgment interest under M.C.L. § 600.6013(8) for the period between December 6, 2019 and October 13, 2020 | $2,879.58 |
| Attorney's fees and costs | $12,183.46 |
| **Total** | **$165,063.04** |

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

Date:  October 13, 2020                    /s/ Paul L. Maloney
                                           Paul L. Maloney
                                           United States District Judge